

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2022

No. 04-22-00264-CV

**IN THE INTEREST OF E.J.M.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01970
Honorable Monique Diaz, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id.* The deadline in this appeal is October 31, 2022.

On September 6, 2022, the attorney ad litem for the child filed a motion for extension of time to file a brief, requesting an extension of time until September 23, 2022. The motion is GRANTED IN PART. It is ORDERED that the brief must be filed no later than **September 16, 2022**. Given the time constraints governing the disposition of this appeal, **no further extensions of time will be allowed**.

It is so **ORDERED** on September 8, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT